UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
(at Knoxville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 13-09-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ROCKY JOE HOUSTON, | ) | **VERDICT FORM** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On the charge of being a convicted felon in possession of a firearm on or about January 11, 2013, in violation of 18 U.S.C. § 922(g)(1), we the jury find Defendant Rocky Joe Houston:

__X__ GUILTY     ____ NOT GUILTY

March 19, 2014          SIGNATURE REDACTED   #8
Date                    Foreperson (Juror Number)

-1-