# UNITED STATES DISTRICT COURT

## EASTERN     DISTRICT OF     TENNESSEE

UNITED STATES OF AMERICA
V.
ROCKY JOE HOUSTON

### EXHIBIT AND WITNESS LIST

Case Number:  3:13-CR-00009

| PRESIDING JUDGE Danny C. Reeves | PLAINTIFF'S ATTORNEY David C. Jennings | DEFENDANT'S ATTORNEY Michael P. McGovern |
|---|---|---|
| TRIAL DATE (S) June 26, 2014 (Sentencing) | COURT REPORTER Jolene Owen | COURTROOM DEPUTY Mallory Maurer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 6/26/2014 | | | Jason Mynatt. |
| 1 | | 6/26/2014 | X | X | Photographs of billboards (Collective). |
| 2 | | 6/26/2014 | X | X | Photograph of billboard on other side of property. |
| 3 | | 6/26/2014 | X | X | Photograph of billboard re car chase case. |
| 4 | | 6/26/2014 | X | X | Photograph of billboard containing photographs. |
| 5 | | 6/26/2014 | X | X | Photographs of Deputy Jones deceased in police car (Collective). |
| 6 | | 6/26/2014 | X | X | Photographs of Mike Brown deceased on ground (Collective). |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.